UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        CASE NO.    05-543M
                             )
        v.                   )
                             )
JEANINE YELLOWHORSE,         )        DETENTION ORDER
                             )
            Defendant.       )
                             )
_____)

Offense charged:

      Involuntary Manslaughter, in violation of Title 18 U.S.C., Section 1112(b) and

      1153.

Date of Detention Hearing: December 5, 2005

      The Court conducted both an detention hearing pursuant to Title 18 U.S.C. § 3142(f), and a preliminary Rule 5(c)(3) inquiry.  The defendant waived his rights to a full Rule 5(c)(3)(D) hearing and the Court signed an order of transfer to the originating district court of the District of Montana, Great Falls Division to answer the charges.

      The detention hearing was uncontested, and the defendant may address the issue of detention in Montana.  Moreover, based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet  will reasonably assure the appearance of the defendant as

DETENTION ORDER
PAGE -1-

required and the safety of any other person and the community.  The Government was represented by Robert Westinghouse.  The defendant was represented by Carol Koller.  The defendant does not object to detention and defers final detention hearing the District of Montana.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     The defendant poses a risk of non-appearance as his background and ties to this district are unknown;

(2)      Due to the nature and seriousness of the crime alleged, release of the defendant would pose a risk to the community.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l)  Defendant shall be detained pending trial and committed to the custody of the  Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//

DETENTION ORDER
PAGE -2-

1  //

2  (4)  The clerk shall direct copies of this order to counsel for the United States,

3       to counsel for the defendant, to the United States Marshal, and to the

4       United States Pretrial Services Officer.

5  DATED this 9th day of December, 2005.

6

7

8  _____
   MONICA J. BENTON

9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-